1
2
3
4
5
6
7
8         UNITED STATES  DISTRICT COURT
9            Northern District of California
10               San Francisco Division
11   PNC BANK, NATIONAL ASSOCIATION,          No. 3:15-cv-01264-LB
12                  Plaintiff,               ORDER ADVANCING HEARING DATE
        v.
13
     NAVJOT AHLUWALIA,
14
                  Defendant.
15   _____/

16       PNC filed its motion and noticed it for June 11, 2015. Given the nature of the case, and conflicts

17   with the court's schedule, the court advances the hearing date to May 28, 2015, at 9:30 a.m.  The

18   court reminds Mr. Ahluwalia that his opposition is due on May 15, 2015.

19       PNC may appear by telephone via CourtCall. The court will call the matter first. The court sets

20   the hearing because it is an important part of any process for a vexatious-litigant order.

21   **IT IS SO ORDERED.**

22   Dated: May 11, 2015                      _____
                                              LAUREL BEELER
23                                            United States Magistrate Judge

24
25
26
27
28

ORDER
(No. 3:15-cv-01264-LB)