IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PNC BANK NATIONAL ASSOCIATION,

    Plaintiff,

  v.

NAVJOT AHLUWALIA,

    Defendant.

No. C 15-01264 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING ACTION**

    The undersigned has reviewed the report and recommendation of Magistrate Judge Laurel Beeler and agrees that this unlawful detainer action should be remanded for the reasons stated in the report (Dkt. No. 12).  No objection was received in response to the report.  This order therefore **ADOPTS IN FULL** the report and recommendation of Judge Beeler.  As stated in Judge Beeler's order, the above-titled unlawful-detainer action is **REMANDED** to Contra Costa County Superior Court.  Defendant Navjot Ahluwalia is a vexatious litigant, has now removed this case to federal court five times, despite it being promptly remanded each time, and the following prefiling order shall be imposed:  Before filing any further notices of removal from Contra Costa County Superior Court case number PS14-0459, Navjot Ahluwalia is ordered to file a motion for leave to file a notice of removal.  He must submit a copy of the report and recommendation, the order, and a copy of the proposed notice of removal with any motion for leave to file.  Mr. Ahluwalia is further ordered to pay PNC Bank its actual expenses in the form of attorney's fees in the amount of $750, which were incurred as a result of the removal.  *See* 28 U.S.C. 1447(c).

    **IT IS SO ORDERED.**

Dated: June 22, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE